UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
In re:                           :
                                 :
SVB FINANCIAL GROUP,             :  24-cv-5099 (JMF)
                                 :
            Debtor.              :
                                 :
---------------------------------X

**THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
OF SVB FINANCIAL GROUP'S
(I) JOINDER IN SVB FINANCIAL GROUP'S BRIEF UNDER
FED. R. BANKR. P. 8014(e) AND (II) CORPORATE OWNERSHIP STATEMENT**

**JOINDER**

Under rule 8014(e) of the Federal Rules of Bankruptcy Procedure, appellee Official Committee of Unsecured Creditors (the "Committee") of SVB Financial Group (the "Debtor") joins in and adopts by reference the *Brief of Appellee SVB Financial Group* [Dkt. No. 11].

**CORPORATE DISCLOSURE STATEMENT**

The undersigned is counsel to the Committee. Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure and Rule 7.1 of the Federal Rules of Civil Procedure, I hereby certify that the Committee is not a publicly owned corporation. The Committee is a statutory committee appointed by the United States Trustee pursuant to 11 U.S.C. § 1102(a)(1) and represents the collective interests of unsecured creditors in the bankruptcy case of the Debtor. The Committee consists of the following entities: (i) U.S. Bank National Association, as Indenture Trustee, (ii) Wilmington Trust Company, as Indenture Trustee, (iii) Mr. Satagopan Rajagopalan, and (iv) Cousins Fund II Phoenix I, LLC.

|  |  |
|---|---|
| Dated: October 7, 2024 | Respectfully submitted,<br><br>**COLE SCHOTZ P.C.**<br><br>*/s/ Sarah A. Carnes*<br>Sarah A. Carnes, Esq.<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Tel: 212-752-8000<br>Fax: 212-752-8393<br>Email:  scarnes@coleschotz.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

The motion is GRANTED as unopposed.  *See* ECF No. 13.  The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

October 16, 2024

## CERTIFICATE OF SERVICE

I, Sarah A. Carnes, certify that on October 7, 2024, I caused the foregoing document to be filed with the Clerk of the Court and served upon all counsel of record *via* the Court's *CM/ECF* system.

*/s/ Sarah A. Carnes*
Sarah A. Carnes
